**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **JOHNNY MASSEY** | **CASE NO. 3:19-CV-01573** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **D I S A GLOBAL SOLUTIONS INC ET AL** | **MAG. JUDGE KAREN L. HAYES** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 47] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED AND DECREED** that Dr. Harvey Forman's motion to dismiss [Doc. No. 23] is **GRANTED** and the claims against him are hereby **DISMISSED, without prejudice**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Dynasty Energy Services LLC's motions to dismiss [Doc. Nos. 25 &. 27] are **GRANTED** and the claims against it are **DISMISSED, with prejudice.**

MONROE, LOUISIANA, this 10th day of June, 2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE