UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JOHNNY MASSEY** | **CASE NO. 3:19-CV-01573** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **D I S A GLOBAL SOLUTIONS INC ET AL** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion for Sanctions [Doc. No. 45] is **GRANTED as Follows: (1)** Plaintiff's counsel is **ORDERED** to pay $2,500 to defendants as partial reimbursement for the unnecessary telephone deposition and for the needless delays in the hearing on the Motion for Sanctions, with payment to be made within 14 days of the date of this order, and proof thereof filed in the record of these proceedings, and **(2)** Plaintiff's remaining claims are **DISMISSED WITH PREJUDICE**.

Monroe, Louisiana, this 13th day of October, 2020.

_____
Terry A. Doughty
United States District Judge